No. 197, Misc. ROBERTS *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 196, Misc. McCARY *v.* KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 199, Misc. KIRBY *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 201, Misc. RAMIREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 202, Misc. BUTTS *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 203, Misc. BANGHART *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 204, Misc. JENNINGS *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 207, Misc. WHITE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner ˙ *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 211, Misc. JONES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.